

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2024

No. 04-24-00017-CR

Manuel **ESPINOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR5174
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 21, 2024.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2024.

_____
Tommy Stolhandske, Clerk of Court